**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARRIE TEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-cv-1858 |
| | ) | Judge Guzman |
| JOHN C. BONEWICZ, P.C., | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FED.R.CIV.P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice.

Respectfully submitted,

s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused a copy to be served on the following individuals:

Joseph S. Messer (messer@messerstilp.com)
Nicole M. Strickler (johnson@messerstilp.com)

s/Michelle R. Teggelaar